NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000577
22-JAN-2018
10:43 AM

NO. CAAP-17-0000577

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


ASSOCIATION OF APARTMENT OWNERS OF NOB HILL,
A HAWAIʻI NONPROFIT CORPORATION, BY ITS BOARD OF DIRECTORS,
Plaintiff-Appellee,
v.
RICHARD MILIKONA SAMPAIO, JR., and
KELLY KALANIKAPULAHAOLE SAMPAIO,
Defendants-Appellants,
and
NATIONSTAR MORTGAGE LLC, A DELAWARE LIMITED LIABILITY COMPANY;
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
SOLELY AS NOMINEE FOR FIRST MAGNUS FINANCIAL CORPORATION,
AN ARIZONA CORPORATION,
Defendants-Appellees,
and
JOHN DOES 1-20; JANE DOES 1-20; DOE PARTNERSHIPS 1-20;
DOE CORPORATIONS 1-20; DOE ENTITIES 1-20; and
DOE GOVERNMENTAL UNITS 1-20, Defendants.


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NOS. 14-1-1066 and 15-1-1273)


ORDER APPROVING THE DECEMBER 22, 2017
STIPULATION FOR DISMISSAL OF APPEAL WITH PREJUDICE
(By: Nakamura, Chief Judge, and Reifurth and Chan, JJ.)

Upon consideration of the "Stipulation for Dismissal of Appeal with Prejudice from the Judgment Filed June 29, 2017," filed on December 22, 2017 by Plaintiff-Appellee Association of Apartment Owners of Nob Hill (Appellee), the papers in support, and the records and files herein, it appears that: Appellee, Defendants-Appellants Richard Milikona Sampaio, Jr. and Kelly Kalanikapulahaole Sampaio (Appellants), and Defendant-Appellee

Nationstar Mortgage LLC stipulate to dismissal of Appellants' appeal pursuant to HRAP Rules 42(a) with each party to bear their own attorney's fees and costs.

Therefore, IT IS HEREBY ORDERED that the stipulation is approved, the appeal is dismissed, and each party is to bear their own attorney's fees and costs.

DATED: Honolulu, Hawai'i, January 22, 2018.

Chief Judge

Associate Judge

Associate Judge